UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO.: 2:25-cr-167-SPC-KRH

JAMES JOSEPH O'BRIEN

_____

## **ORDER OF FORFEITURE**

Before the court is the United States' Motion for an Order of Forfeiture against Defendant James Joseph O'Brien in the amount of $96,829.80. (Doc. 56). Now that the defendant has been adjudicated guilty of Count One of the Indictment (Doc. 1), theft of government funds, in violation of 18 U.S.C. § 641, the United States seeks an order forfeiting his interest in the $96, 829.80. *See* 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

In so moving, the United States has established that the defendant personally obtained $96,829.80 in proceeds as a result of the crime(s) of conviction. The Court thus finds the United States is entitled to possession of the $96,829.80.

Accordingly, it is

**ORDERED:**

The United States' Motion for an Order of Forfeiture as to Defendant James Joseph O'Brien (Doc. 56) is **GRANTED**.

1. The defendant is liable for an order of forfeiture in the amount of $96,829.80.

2. The proceeds of the offense were transferred to third parties, and the United States cannot locate the proceeds upon the exercise of due diligence. Accordingly, under 21 U.S.C. § 853(p), the United States may seek, as a substitute asset in satisfaction of this judgment, forfeiture of any of the defendant's property up to the $96,829.80 order of forfeiture.

3. Any asset forfeited from the defendant will be credited up to the amount of the order of forfeiture.

4. This Order will become a final order of forfeiture as to Defendant at sentencing.

5. Jurisdiction is retained to the extent necessary to complete the forfeiture and disposition of any substitute asset.

**DONE** and **ORDERED** in Fort Myers, Florida, on May 27, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

2